# Third District Court of Appeal
## State of Florida

Opinion filed February 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2163
Lower Tribunal No. 18-23177
_____

## Jean Cazeau and Maria Cazeau,
Appellants,

vs.

## Citizens Property Insurance Corporation,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Giasi Law, P.A. and Melissa A. Giasi and Erin M. Berger (Tampa), for appellants.

Link & Rockenbach, PA and Kara Rockenbach Link, (West Palm Beach); Dean, Ringers, Morgan & Lawton, P.A., and Jessica C. Conner (Orlando), for appellee.

Before HENDON, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.